# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. CAVANAUGH,<br><br>      Plaintiffs,<br><br>      v.<br><br>DONNY YOUNGBLOOD, et al.,<br><br>      Defendants. | Case No.: 1:17-cv-0832- DAD - JLT<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AND DIRECTING THE CLERK TO ISSUE NEW CASE DOCUMENTS<br><br>(Doc. 2) |

Patrick Cavanaugh initiated this action by filing a complaint and motion to proceed *in forma pauperis* on June 21, 2015. (Docs. 1, 2) The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). The Court has reviewed the affidavit and finds Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a). Accordingly, the Court **ORDERS**:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **GRANTED**;
2. The Clerk of Court is DIRECTED to issue summons as to the defendants;
3. The Clerk of Court is DIRECTED to issue and serve Plaintiff with New Civil Case Documents, including the Order regarding Consent, the Consent Form, and USM-285 Forms; and

1

4. The U.S. Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by Plaintiff in the USM Forms.

IT IS SO ORDERED.

Dated: **June 23, 2017**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE