UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. CAVANAUGH,<br><br>    Plaintiff,<br><br>    v.<br><br>DONNY YOUNGBLOOD, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-00832-DAD- JLT<br><br>ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE THE RESPONSIVE PLEADING<br><br>(Doc. 24) |

    Defendants Stirling Price, David Landrum, David Fennell, Dillion Morgan, and Christopher Guzman seek a "one-week extension of time to respond to the complaint, from December 8, 2017 to December 15, 2017." (Doc. 24 at 2) Defendants request the extension, reporting their attorney, Lisa Tillman, "emailed Plaintiff's counsel a meet-and-confer letter outlining her clients anticipated challenges to the complaint" on December 6, 2017. (*Id.*) According to Ms. Tillman, counsel for Plaintiff, Ken Karan, "kindly agreed to a one-week extension of the deadline for Defendants' response to the complaint" for the parties to have sufficient time for the meet-and-confer process. (*Id.* at 3, Tillman Decl. ¶ 4)

    Pursuant to Local Rule 144(c), "The Court may, in its discretion, grant an initial extension *ex parte* upon the affidavit of counsel that a stipulation extending time cannot reasonably be obtained, explaining the reasons why such a stipulation cannot be obtained and the reasons why the extension is necessary." Though Defendants have not filed a stipulation, Ms. Tillman reports under penalty of

1

perjury that counsel for Plaintiff has stipulated to the extension. (Doc. 3 at 3, ¶ 4) In addition, Defendants have explained the extension is necessary for the parties to meet and confer regarding Defendants' anticipated response to the complaint.

Based upon the stipulation of the parties and good cause appearing, the Court **ORDERS**:

1. Defendants' ex parte application for an extension of time (Doc 24) is **GRANTED**; and
2. Defendants Stirling Price, David Landrum, David Fennell, Dillion Morgan, and Christopher Guzman **SHALL** file a responsive pleading no later than **December 15, 2017**.

IT IS SO ORDERED.

Dated: **December 10, 2017**            **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE