# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. CAVANAUGH, <br><br> Plaintiffs, <br><br> v. <br><br> DONNY YOUNGBLOOD, et al., <br><br> Defendants. | Case No.: 1:17-cv-0832- DAD - JLT <br><br> ORDER GRANTING STIPULATION TO EXTEND THE PLEADING AMENDMENT DEADLINE <br><br> (Doc. 50) |

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The pleading amendment deadline is extended to **September 14, 2018**

IT IS SO ORDERED.

Dated: **July 25, 2018**          **/s/ Jennifer L. Thurston**
                                  UNITED STATES MAGISTRATE JUDGE