# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. CAVANAUGH,<br><br>   Plaintiffs,<br><br> v.<br><br>DONNY YOUNGBLOOD, et al.,<br><br>   Defendants. | Case No.: 1:17-cv-0832- LJO - JLT<br><br>ORDER REQUIRING PLAINTIFF TO FILE A STIPULATED REQUEST FOR DISMISSAL OR A FORMAL MOTION TO DISMISS RELATED TO DEFENDANTS FENNELL AND LANDRUM<br><br>(Doc. 55) |

The plaintiff has filed a notice of voluntary dismissal according to Fed.R.Civ.P. 41(a)(1)(A) as to defendants Fennell and Landrum. (Doc. 55) This section permits a plaintiff to dismiss at any time before the defendant appears or via a stipulation signed by all parties who have appeared. The plaintiff's voluntary dismissal is not signed by the other parties who have appeared and both defendants have appeared (Doc. 46) Thus, the Court **ORDERS**:

  1.  The plaintiff **SHALL** file a stipulation of dismissal related to defendants Fennell and Landrum, signed by all parties who have appeared or a formal motion to dismiss these defendants.

IT IS SO ORDERED.

 Dated: **October 2, 2018**       **/s/ Jennifer L. Thurston**
                      UNITED STATES MAGISTRATE JUDGE