# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. CAVANAUGH,<br><br>        Plaintiffs,<br><br>   v.<br><br>DONNY YOUNGBLOOD, et al.,<br><br>        Defendants. | Case No.: 1:17-cv-0832- LJO - JLT<br><br>ORDER CLOSING THE CASE AS TO DEFENDANTS FENNELL AND LANDRUM<br><br>(Doc. 58) |

The plaintiff has filed a stipulated notice of voluntary dismissal according to Fed.R.Civ.P. 41(a)(1)(A) as to defendants Fennell and Landrum. (Doc. 58) This section permits a plaintiff to dismiss at any time before the defendant appears or via a stipulation signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, the Clerk of Court is **DIRECTED** to close this action as to defendants Fennell and Landrum only.

IT IS SO ORDERED.

Dated: **October 3, 2018**        **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE