# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. CAVANAUGH,<br><br>    Plaintiff,<br><br>    v.<br><br>DONNY YOUNGBLOOD, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-0832-LJO- JLT<br><br>ORDER DIRECTING THE CLERK TO UPDATE THE DOCKET AND TERMINATE CHRISTOPHER GUZMAN AND DILLON MORGAN AS DEFENDANTS<br><br>(Doc. 72) |

    On May 3, 2019, Plaintiff filed a "Stipulated Notice of Dismissal," indicating he was dismissing the claims against defendants Christopher Guzman and Dillon Morgan with prejudice. (Doc. 72) Pursuant to Rule 41 of the Federal Rules of Civil Procedure, "the plaintiff may dismiss an action without a court order by filing … a stipulation of dismissal signed by all parties who have appeared." Fed.R.Civ.P. 41(a)(1)(A)(ii).

    Because all parties signed the stipulation, the dismissal was effective without an order of the Court. *See* Fed. R. Civ. P. 41(a)(2). Accordingly, the Clerk of Court is **DIRECTED** to update the docket and terminate Christopher Guzman and Dillon Morgan as defendants in the action.

IT IS SO ORDERED.

    Dated: __**May 7, 2019**__            __**/s/ Jennifer L. Thurston**__
                                                                               UNITED STATES MAGISTRATE JUDGE