Ken I. Karan, Esq. SBN: 204843
LAW OFFICE OF KEN I. KARAN
2907 Shelter Island Drive, Ste. 105-215
San Diego, CA 92106
(760) 420-5488
Fax (866) 841-5420
*Attorney for Patrick J. Cavanaugh*

MARGO A. RAISON, COUNTY COUNSEL
COUNTY OF KERN, STATE OF CALIFORNIA
By: Marshall S. Fontes, Deputy (SBN 139567)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone 661-868-3800
Fax 661-868-3805
*Attorneys for Defendants,
Donny Youngblood, et al.*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. CAVANAUGH, | Case No.: 1:17-cv-00832-LJO-JLT |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY THE MEET AND CONFER SCHEDULE WITH REGARD TO PLAINTIFF'S DISPOSITIVE MOTION |
| vs. | |
| DONNY YOUNGBLOOD, et al., | |
| Defendants. | |

TO THE COURT:

The parties herein stipulate to modify the meet and confer schedule with regard to Plaintiff's dispositive motion as follows:

1. The Court's scheduling order requires that a party intending to file a dispositive motion must meet and confer with opposing counsel 21 days prior to the filing date. In this case, the meet and confer deadline is May 14, 2019.

2. The parties previously agreed to meet and confer on May 13, 2019.

1

Stipulated Request for Order - Case No.: 1:17-cv-00832-DAD-JLT

3. Due to Plaintiff's counsel's workload demands, he was unable to serve a statement of undisputed facts until May 12, 2019. Defense counsel has requested additional time to review the statement prior to the meeting and conferring. Plaintiff's counsel agrees.

4. The parties agree to a deadline of May 17, 2019, to meet and confer, and hereby request that the Court order the deadline be moved accordingly.

So stipulated.

RESPECTFULLY SUBMITTED,

Dated: May 13, 2019     Signed: /s/Ken Karan
          Ken I. Karan, Esq.
          *Attorney for Patrick J. Cavanaugh*

MARGO A. RAISON, COUNTY COUNSEL

Dated: May 13, 2019     Signed: /s/ Marshall S. Fontes
          Marshall S. Fontes, Esq.
          *Attorney for Defendants*

## ORDER

Having reviewed the stipulation, the Court **ORDERS** that counsel SHALL meet and confer on the proposed statement of undisputed facts, no later than **May 17, 2019**. This **does not** extend the deadline by which the parties may file their motions for summary judgment.

IT IS SO ORDERED.

 Dated: **May 17, 2019**     **/s/ Jennifer L. Thurston**
              UNITED STATES MAGISTRATE JUDGE