# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. CAVANAUGH, | ) Case No.: 1:17-cv-0832- LJO - JLT |
| Plaintiffs, | ) ORDER GRANTING THE PLAINTIFF'S |
| v. | ) MOTION TO BE TRANSPORTED TO THE SETTLEMENT CONFERENCE |
| DONNY YOUNGBLOOD, et al., | ) (Doc. 76) |
| Defendants. | ) |

The plaintiff has filed a motion to be transported to the settlement conference to be held on August 19, 2019 (Doc. 76). The motion is **GRANTED,** and the Court will issue the writ of habeas corpus ad testificandum in due course.

IT IS SO ORDERED.

Dated: __**July 11, 2019**__       __**/s/ Jennifer L. Thurston**__
UNITED STATES MAGISTRATE JUDGE