# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. CAVANAUGH,<br>　　　　　Plaintiff,<br><br>v.<br><br>DONNY YOUNGBLOOD, et al.,<br>　　　　　Defendants. | 1:17-cv-00832 DAD JLT<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PATRICK J. CAVANAUGH, CDCR # BH5039**<br><br>DATE:  August 19, 2019<br>TIME:  9:00 a.m. |

　　　Patrick J. Cavanaugh, CDCR # BH5039, is a necessary and material witness in a settlement conference in this case on August 19, 2019, is confined at the California State Prison, Corcoran, in the custody of the Warden.  To secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Jennifer L. Thurston at the U. S. Courthouse, 510 19th Street, Bakersfield, California 93301, on August 19, 2019 at 9:00 a.m.

### ACCORDINGLY, THE COURT ORDERS:

1. A Writ of Habeas Corpus ad Testificandum to issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian SHALL notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:**　Warden, California State Prison, Corcoran, 4001 King Avenue, Corcoran, CA 93212:

　　　**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the Court and thereafter to return the inmate to the above institution.  This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

　　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

　Dated:　**July 11, 2019**　　　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE