

FILED
AUG 19 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. CAVANAUGH, | Case No.: 1:17-cv-00832-LJO-JLT |
| Plaintiff, | ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE PATRICK J. CAVANAUGH, CDCR # BH5039 |
| v. | |
| DONNY YOUNGBLOOD, et al., | |
| Defendant. | |

The court hearing in this matter concluded on August 19, 2019. Inmate Patrick Cavanaugh, CDCR #BH5039, is no longer needed by the Court as a participant in these proceedings and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

DATED: 8/19/19

JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE

1